FILED
CLERK, U.S. DISTRICT COURT

02/24/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>RAFAEL TORRES<br>DEFENDANT(S) | CASE NUMBER: 5:23-mj-00088<br>11-CR-03042-WQH-2<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Probation Violation Petition
in the Southern District of California on 3/18/2022
at Unknown ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 9/2021, 2/2022, 3/2022
in violation of Title 18 U.S.C., Section(s) 3583(e)(3)
to wit:

A warrant for defendant's arrest was issued by: Judge William Q. Hayes

Bond of $ 0 was ☒ set / ☐ recommended.

Type of Bond: None

Relevant document(s) on hand (attach): Probation Violation Petition & Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/24/23
                Date

_[signature]_
Signature of Agent

Steven Lipscomb
Print Name of Agent

US Marshal's Service
Agency

Deputy US Marshal
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT